**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| TIMOTHY CHESTNUT and JUSTIN BLAKE TOLAND, as Surviving Children of Lori Carroll, and on behalf of the Estate of LORI CARROLL,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONAL HEALTHCARE COMPANIES, INC. (a/k/a "CHC"), SAI NANDAMURU, M.D., and MARY WOODS, L.P.N.,<br><br>Defendants. | ) | CIVIL ACTION<br>FILE NO.: 4:15-CV-166-CDL<br><br>Judge Land |

## OFFER OF JUDGMENT

COMES NOW, Sai Nandamuru, M.D., and pursuant to Federal Rule of Civil Procedure 68 and hereby makes an offer of judgment to the plaintiffs:

1.

The insurer of Sai Nandamuru, M.D. will pay the plaintiffs on behalf of Sai Nandamuru, M.D., a total of Fifty Thousand Dollars ($50,000.00) to resolve all the claims the plaintiffs have asserted against him in this lawsuit.

2.

The payment referenced in paragraph 1 will be conditioned upon the plaintiffs' execution of a release of all claims asserted in this lawsuit, all claims which could have been asserted in this lawsuit, and all claims that may arise in the future from any incident that is the subject matter of this lawsuit.

3.

The plaintiffs will agree to indemnify and hold harmless the defendant from any claims asserted against him by third parties arising out of the incidents that are the subject of this litigation, up to the amount paid under this offer.

4.

The offer is conditioned upon the plaintiffs dismissing this lawsuit in its entirety as to Dr. Nandamuru after payment is made and the release is executed.

5.

This offer is inclusive of any and all attorney's fees and other expenses.

6.

This offer includes punitive damages.

7.

This offer shall remain open for thirty (30) days unless sooner withdrawn by a writing served upon you prior to acceptance of this offer.

This 28th day of August, 2017.

HUFF, POWELL & BAILEY, LLC

_/s/ *David L. Mize*_______________
ANNA BURDESHAW FRETWELL
Georgia Bar No. 266972
DAVID L. MIZE
Georgia Bar No. 854694

*Counsel for Defendant Sai Nandamuru, M.D.*

1214 First Avenue
Suite 320
Columbus, Georgia 31901
(706) 591-8280
afretwell@hoffpowellbailey.com
dmize@huffpowellbailey.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| TIMOTHY CHESTNUT and JUSTIN BLAKE TOLAND, as Surviving Children of Lori Carroll, and on behalf of the Estate of LORI CARROLL, | ) | |
| Plaintiffs, | ) | CIVIL ACTION<br>FILE NO.: 4:15-CV-166-CDL |
| v. | ) | Judge Land |
| CORRECTIONAL HEALTHCARE COMPANIES, INC. (a/k/a “CHC”), SAI NANDAMURU, M.D., and MARY WOODS, L.P.N., | ) | |
| Defendants. | ) | |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served true and correct copies of the within and foregoing **OFFER OF JUDGMENT** was served using the CM/ECF system, which will automatically send notification and service of such filing to the following attorneys of record:

Craig T. Jones
THE ORLANDO FIRM, P.C.
Decatur Court, Suite 400
315 West Ponce de Leon Avenue
Decatur, Georgia 30030

Thomas E Lavender, III
Alison L. Currie
Fisher Broyles, LLP
945 East Paces Ferry Road
Suite 2000
Atlanta, Georgia 30326

This 28th day of August, 2017.

HUFF, POWELL & BAILEY, LLC

*/s/ David L. Mize*

ANNA BURDESHAW FRETWELL
Georgia Bar No. 266972
DAVID L. MIZE
Georgia Bar No. 854694

*Counsel for Defendant Sai Nandamuru, M.D.*

1214 First Avenue
Suite 320
Columbus, Georgia 31901
(706) 591-8280
dmize@huffpowellbailey.com