IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| TIMOTHY CHESNUT and JUSTIN BLAKE TOLAND, as Surviving Children of Lori Carroll, and on behalf of the Estate of LORI CARROLL,<br><br>Plaintiffs,<br><br>v.<br><br>CORRECTIONAL HEALTHCARE COMPANIES, INC. (a/k/a "CHC"), SAI NANDAMURU, M.D. and MARY WOODS, L.P.N.,<br><br>Defendants. | ) | CIVIL ACTION<br>FILE NO. 4:15-CV-166-CDL |

**<u>PLAINTIFFS' MOTION TO DISMISS STATE LAW CLAIMS ONLY</u>**

COME NOW the Plaintiffs in the above-styled action pursuant to Rule 41 and hereby move to voluntarily dismiss their state law claims without affecting their Fourteenth Amendment claim for deliberate indifference to serious medical needs. This will allow the case to proceed to trial on the federal claim only, which arises from the same nucleus of facts and which will greatly simplify the trial and verdict form by eliminating the need for the Court to deal with collateral state law issues such as comparative fault and apportionment of damages that could cause juror confusion resulting in potentially inconsistent or unintended outcomes.

Respectfully submitted this 4th day of October, 2017.

*/s/ Craig T. Jones*

Craig T. Jones
Georgia Bar No. 399476
Counsel for Plaintiffs

THE ORLANDO FIRM, P.C.
315 West Ponce De Leon Avenue
Suite 400
Decatur, Georgia 30030
(404) 373-1800
craig@orlandofirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on this date I served the foregoing **Plaintiffs' Motion to Dismiss State Law Claims Only** upon the following counsel via electronic filing:

Thomas E. Lavender, III
Alison L. Currie
FISHER BROYLES LLC
945 East Paces Ferry Road NE
Suite 2000
Atlanta, Georgia 30326

Anna Burdeshaw Fretwell
David L. Mize
HUFF, POWELL & BAILEY, LLC
1214 First Avenue
Suite 320
Columbus, Georgia 31901

This 4th day of October, 2017.

*/s/ Craig T. Jones*

CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Plaintiffs